Plantiff: Brandon Scott Butterfield #547499
DACC Correctional Center
PO Box 140   4280 Sherman Rd
Winnebago, Wisconsin  54985

VS

Defendent: Henry F. Mcroberts
801 River Avenue
Iron mountain M.I. 49801

U.S. District Court
Wisconsin Eastern
JUL 10 2023
FILED
Clerk of Court

# Motion

Civil Law suit for violating civil rights. - Statment of claim -

## - Complaint's -

1.) <u>Deliberate indifference</u> = using dismissed charges of police reports from criminal case #22CF104 INto Family court case #2022FA000157 = Both case #'s from marinette county, wisonsin 1926 Hall Ave marinett, w.I. 54143  IN Febuary-March 2023 on a Purposed parenting plan in Family court case#22FA157

2.) <u>Double Jeapordy</u> - Bringing up police reports from a closed criminal case in marinette county w.I. 54143  closed case#22CF104 = INto Family court Marinette county W.I. case#22FA157 on a purposed parenting plan.

3.) <u>Deliberatly Charging</u> Brandon Scott Butterfield a bunch of money for a report submitted that cannot be held against him Safty Endangering And parts of police reports from closed case #22CF104 marinette county Filing = Statment of claim with =
Jefferson Court Building
125 S. Jefferson St, RM 102
Greenbay, Wisconsin
54301

→

– What Happened = complaint –

I Brandon Scott Butterfield, Date of Birth 09-24-1985 have been representing myself through the Marinette County Court house "circuit family court 1926 Hall Avenue Marinette Wisconsin 54143 Family court Case #2022FA000157 Since September of 2022.

Nancy Kallgren = Court Commissioner = Court Appointed Henry F. Mcroberts to be guardian ad litem of my Son = Cayden Scott Butterfield.

I Brandon Scott Butterfield was incarcerated at the time of the appointed guardian ad litem at the Dodge Correctional INS. So I Brandon Butterfield wrote a letter to Henry F. Mcroberts and mailed it to his address at 801 river Avenue, iron mountain M.I. 49801 From the mail room at Dodge Corr. INS Explaining the Following = Dear Henry F. Mcroberts my Sons mother Rebecca Mohr's, Attorney Amanda mayor tried to bring up and use Dismissed charges of Endangering Safety From a closed criminal Case in marinette county W.I. IN Family court case #2022FA000157 upon the Endangering Safety charge being dismissed on 10-18-22 at 1:15 PM Judge Jane Sequin circuit court judge, marinette county Stated on record lets go over what exactly Dismissed but read in means. Judge Sequine Stated that the Endangering Safty and other charges that were dismissed could "Not Ever" be held against me in any court of law ever again.

Then ever After Henry F. Mcroberts received my letter and knew the endangering Safety Charge →

was dismissed but read in and the meaning of being dismissed but read in through circuit court Judge Jane Sequin marinette county.

Henry F. mcroberts made up and submitted a purposed parenting plan in marinette circuit Family court case #2022FA000157 Stating that mr. Butterfield Fled from the police with Cayden Scott Butterfield in the vehicle putting Cayden in danger. Henry F. mcroberts by making this statment from a closed case #22CF104 marinett County is in Fact Deliberate indifference and Double Jeapordy = By trying to get me to agree to a parenting plan with such slander.

Henry F. mcroberts has deliberatly down graded me = Brandon Scott Butterfield as the ~~son~~ Father of my son Cayden Scott Butterfield not only in the public's eyes but my other three kids Eyes also, by Deliberatly saying I put my Son Cayden Scott Butterfield in danger. I Brandon Scott Butterfield the father of Cayden Scott Butterfield did not put my son in danger and ounce again the Endangering Safety charge from court case #2022CF104 marinette county was dismissed but read in and cannot be or ever be held against me in any court of law.

My rights Not only have been violated Deliberatly by Henry F. mcroberts, but also Henry F. mcroberts Charge me a bunch of money for a report on Dissmissed charges.

## - Relief wanted -

1.) (Finacial reimbursment) For all letters to marinette county Family circuit court pertaining to the Guordian ad lidem and my rights being violated

2.) (Finacial reimbursment) For all phone calls and letters made to several upon several attorneys in filing a civil lawsuit against Henry F. mcroberts for violating Brandon Scott Butterfields civil rights.

3.) Henry F. mcroberts To Be dismissed perminatly as guardian ad lidem to Cayden Scott Butterfield, Because Henry F. mcroberts has obviously proved that he has put his personal opinion first not conducting a thourough report of a purposed parenting plan, By clearly submitting a purposed parenting plan with and against the Father Brandon Scott Butterfield From a closed case in marinette county of parts of police reports that are in fact and have been in Fact Dismissed But read in on 10-18-2022 1:15PM on camera, recorded and stated by circuit court judge Sequin that they could not ever be held against me again in any court of law ever. (Double jrapordy) (Deliberate indifference) Deliberatly downgrading my reputation as a Father to the public and Family intentially
This Does not Put the best intrest of "my" Son Cayden Scott Butterfield First as my guardian ad lidem

(flip page over →)

4.) (Finacsal Reimbursement) of all accuring Finances for civil and Family court proceedings pertaining to Henry F. mcroberts INcluding the Filing Fee in civil court proceedings.

5.) I am also asking relref of Filing a Law Suit against Henry F. mcroberts. IN refference to violating Laws of civil rights
Finacsal Reimbursment $ TO Be Determined

6.) (Relief of the Stress of) Henry F. mcroberts Violating civil rights toward Brandon Scott Butterfield #547499 in his Family court case #2022FA000157 through marinette county court house 1926 Hall Avenue, Marinette, Wisconsin 54143 Deliberatly, INtentionally, Falsly Violating civil Rights Toward mr. Butterfield #547499

7.) (Henry F. mcroberts) (Suspended) For intentionally miss using his power and all the above mentioned

8.) I Brandon Scott Butterfield would like financial reimbursment from Henry F. mcroberts for the tremendouse amounts of stress he has put on myself and my loved ones by Not conducting his job in an appropriate mannor.